# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

BRIAN STANTON,

                Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

                Defendant.

Case No. 3:14-cv-329

Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

_____

**DECISION AND ENTRY OVERRULING PLAINTIFF'S OBJECTIONS (ECF No. 13) AND ADOPTING THE CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (ECF No. 12) IN THEIR ENTIRETY; AFFIRMING THE COMMISSIONER'S NON-DISABILITY DETERMINATION; AND TERMINATING THIS CASE**

_____

Plaintiff Brian Stanton brought this action pursuant to 42 U.S.C. 405(g) for judicial review of the decision of the Defendant Commissioner of the Social Security Administration (the "Commissioner") denying his application for Social Security disability benefits. On July 7, 2015, Chief Magistrate Judge Sharon L. Ovington entered a Report and Recommendations (ECF No. 12), which recommended that the Court affirm the Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits under the Social Security Act. On July 23, 2015, Plaintiff filed Objections (ECF No. 13) to the Report and Recommendations. The Commissioner has not filed a response to Stanton's Objections, and the time do so has expired. This matter is therefore ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's

Objections (ECF No. 13) to the Report and Recommendations (ECF No. 12) are not well taken and are therefore **OVERRULED**. The Court **ADOPTS** the Report and Recommendations (ECF No. 12) in their entirety. Accordingly, the Commissioner's non-disability determination is **AFFIRMED**. The Clerk is **ORDERED** to terminate this case on the Court's docket.

   **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 13, 2015.

               s/Thomas M. Rose

            _____
               THOMAS M. ROSE
              UNITED STATES DISTRICT JUDGE